**STATE of Missouri, Respondent,**

v.

**Ardell FIELDS, Appellant.**

No. 70742.

Missouri Court of Appeals,
Eastern District,
Division One.

June 27, 1997.

Raymond J. Capelvotich, Public Defender, St. Louis, for appellant.

John Munson Morris, III, Attorney General, Timothy William Anderson, Assistant Attorney General, Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Appellant, Ardell Fields, appeals the judgment of conviction entered by the Circuit Court of the City of St. Louis after a jury found him guilty of forcible rape, RSMo section 566.030 (1994), resisting arrest, RSMo section 575.150 (1994), and assault in the third degree, RSMo section 565.070 (1994). We affirm.

We have reviewed the briefs of the parties and the legal file and find the judgment of

conviction is supported by substantial evidence and is not against the weight of the evidence, and does not erroneously declare or apply the law. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 30.25(b).